# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KEITH J. STEMPKE, <br> SSN: XXX-XX-0744 <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social Security Administration, <br><br> Defendant. | **CV-14-45-GF-BMM-RKS** <br><br> **ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

Plaintiff Keith J. Stempke ("Stempke"), by and through his attorney, John E. Seidlitz, Jr., pursuant to the Social Security Act, 42 U.S.C. § 406(b), moves for attorney fees incurred in prosecuting his Social Security appeal. He requests $11,698.19, less $7,500, authorized by the Agency, in fees. Counsel for the Defendant has been contacted and has no objection to Stempke's application for fees request.

Upon Plaintiff's Motion for fees under the Social Security Act, 42 U.S.C. § 406(b), and for good cause showing:

1

**IT IS ORDERED** that Stempke's Application for Award of Fees is Granted. Stempke shall recover from the Commissioner an additional $4,198.19 in fees.

DATED this 12th day of January, 2017.

_____
Brian Morris
United States District Court Judge